**No. 61384.**—Morris Berger, Inc. *v.* United States, protests 252454–K, 252768–K, and 258340–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52836), for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under the provision in said paragraph, as modified by T. D. 51802, supplemented by T. D. 51898, for imitation semiprecious stones, not faceted.

**No. 61385.**—Colonial Bead Co., Inc. *v.* United States, protests 297450–K and 315482–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass stones the same in all material respects as those the subject of Abstract 59105, except that said stones are not faceted, the claim of the plaintiff was sustained.

**No. 61386.**—Frank P. Dow Co., Inc. *v.* United States, protest 313474–K (Seattle).

Opinion by OLIVER, C. J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.